# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM P. WAGNER and MICHELE WAGNER, his wife, | No. 4:19-CV-01010 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| PAT SALMON & SONS, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 22nd day of January 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiffs' motion for leave to file a second amended complaint is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge